**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 767 MAL 2017

            Respondent           :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

           v.                     :

                                 :

TYLER T. HEAGY,                  :

                                 :

            Petitioner             :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.